## Grauman, Jesse (CIV)

**From:** John Verdi [verdi@epic.org]
**Sent:** Friday, August 05, 2011 11:59 AM
**To:** Grauman, Jesse (CIV)
**Subject:** EPIC v. DHS - body scanner radiation testing

Jesse,

I am writing concerning EPIC v. DHS (Case No. 10-cv-1992).

I can confirm that EPIC does not challenge DHS's assertion of the b(6) exemption as to the records disclosed to EPIC in this case.

I can also confirm that EPIC does not challenge DHS's assertion of the b(4) exemption as to the records for which the agency has identified "copyright" as the sole basis for the b(4) assertion.

-John

--
John Verdi
Senior Counsel
Electronic Privacy Information Center
verdi@epic.org
202.483.1140 ext. 104