**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY )<br>)<br>Defendant. ) | No. 1:10-01992 (ABJ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, CROSS-MOTION FOR SUMMARY JUDGMENT, AND REQUEST FOR ORAL HEARING**

Plaintiff the Electronic Privacy Information Center opposes Defendant's September 12, 2011 Motion for Summary Judgment, and cross-moves for summary judgment.

A statement of genuine issues regarding Defendant's statement of material facts, Plaintiff's statement of material facts not in genuine dispute, a memorandum of points and authorities, and a proposed Order are filed herewith.

Pursuant to LCvR 7(f), Plaintiff requests an oral hearing on the parties' cross-motions.

Respectfully submitted,
_____/s/ Ginger McCall_____
MARC ROTENBERG
JOHN VERDI
GINGER MCCALL
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009
(202) 483-1140
*Counsel for Plaintiff*

Dated: October 31, 2011

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October, 2011, I served the foregoing PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, CROSS-MOTION FOR SUMMARY JUDGMENT, AND REQUEST FOR ORAL HEARING, including all exhibits and attachments, by electronic case filing upon:

    TONY WEST
    Assistant Attorney General
    U.S. Department of Justice

    JESSE GRAUMAN
    U.S. Department of Justice
    Civil Division, Federal Programs Branch


    Jesse Grauman
    U.S. Department of Justice
    Civil Division, Federal Programs Branch

                                              _/s/ Ginger McCall_
                                              Ginger McCall
                                              *Counsel for Plaintiff*

3