# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) ) Plaintiff, ) v. ) ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY ) ) Defendant. ) ) | No. 1:10-01992 (ABJ) |

## PLAINTIFF'S STATEMENT OF GENUINE ISSUES IN OPPOSITION TO DEFENDANT'S STATEMENT OF MATERIAL FACTS

In accordance with LCvR 7(h), Plaintiff the Electronic Privacy Information Center submits this statement of genuine issues in opposition to Defendant's statement of material facts.

17.   **Defendant's alleged fact:** "TSA assisted in reviewing TES and TSL records for responsiveness and eliminating duplicate records, as well as in determining whether records were exempt from disclosure under FOIA Exemptions 3 and 4."

**Genuine issue:** This is a legal conclusion: that TSA determined that records are exempt from disclosure under Exemptions 3 and 4. TSA assisted in determining whether or not the agency would assert those exemptions to justify withholdings. Whether or not the withheld records are actually exempt from disclosure under Exemptions 3 and 4 is up to the Court to determine.

19. **Defendant's alleged fact:** "To the extent possible, the DHS components endeavored to provide all reasonably segregable non-exempt information to EPIC, and withheld records in full only when no meaningful non-exempt portions thereof remained."

**Genuine issue:** This is a legal conclusion. Whether or not the agency acted in good faith, released all segregable information, and withheld records in full only when no meaningful non-exempt portions thereof remained is up to the Court to determine.

Respectfully submitted,

_____*/s/ Ginger McCall*_____
MARC ROTENBERG
JOHN VERDI
GINGER MCCALL
Electronic Privacy Information Center
1718 Connecticut Ave. NW
Suite 200
Washington, DC 20009
(202) 483-1140
*Counsel for Plaintiff*

Dated: October 31, 2011