**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) ) Plaintiff, ) v. ) ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, ) ) Defendant. ) ) | No. 1:10-01992 (ABJ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Opposition and Cross-motion for Summary Judgment, and any opposition and replies thereto, it is hereby

ORDERED that Defendant's Motion is DENIED, and it is further

ORDERED that Plaintiff's Motion is GRANTED, and it is further

ORDERED that Defendant disclose to Plaintiff, within seven (7) days of the date of this order, all documents wrongly withheld under Exemptions 3, 4, and 5 as described in Plaintiff' Exhibit 1.

ORDERED that Plaintiff shall file a Bill of Costs and Fees with the Court within thirty (30) days of the date of this order.

So ordered on this _____ day of _____, 2011

_____
AMY BERMAN JACKSON
United States District Judge