Exhibit 1

# EXHIBIT 1

Exhibit 1

Plaintiff challenges withholdings in the following documents:

I. Exemption (b)(3) – Information Exempted by Other Statutes
   a) Sensitive Security Information
      1. TSA 92
      2. TSL 836-837

II. Exemption (b)(4) – Business Information
   a) Radiation Dose Levels
      1. TSL 897-899
      2. TSL 926
      3. TSL 933
      4. TSL 934
      5. TSL 936
      6. TSL 937
      7. TSL 940
      8. TSL 941
      9. TSL 942
      10. TSL 944-945
      11. TSL 946
      12. TSL 947
      13. TSL 954-956
      14. TSL 1190-1191
      15. TSL 1192-1193

III. Exemption (b)(5) – Inter- and Intra-Agency Memoranda
   a) Facts
      1. TES 604-605
      2. TES 606
      3. TSL WHIF – B
      4. TSL WHIF – H
   b) Drafts
      1. Response to EPIC
         1) TSA 26-27
      2. Standards and Testing for Radiation Safety for Airport Backscatter Systems
         1) FSL WHIF – I
      3. Memoranda on AIT Safety
         1) TSA 38
         2) TSA 69-70
         3) TES 87-88
         4) TES 608
         5) TES 665-680, 688-726
         6) TES 741-742
         7) TES 743-745, 750-752, 1057-1059

       8) TES 785-788, 792-838
       9) TES 1060-1100, 1108-1146, 1149-1186
       10) TSL 908-910
4. Response to Congress
    1) TSL WHIF – B
    2) TSL WHIF – J
    3) TSA 52
    4) TES 80-82
    5) TES 951-958, 971-972, 980-982, 990-1023
    6) TES 746-749
    7) TES 959-970, 973-979, 983-989, 1024-1048
5. TSA Assessment re: Radiation
    1) TSA 107-108
6. Response to Scientists
    1) TES 113-115
    2) TES 440-448
    3) TES 535-536
    4) TES 943-944
    5) TES 839-860
    6) TES 866-889
    7) TES 896-907
    8) TES 911-942
    9) TES 949-950
7. Response to Pilots
    1) TES 381-382, 384-386
    2) TES 391-392
8. DHS Under Secretary of AIT Safety Memoranda
    1) TES 609
    2) TES 620-629
    3) TES 631-635
    4) TES 651-655
    5) TES 753-784
9. Standard Operating Procedures
    1) TES 611-619
10. Response to Foreign Governments
    1) TES 729-740
11. Preliminary Program Reports
    1) TSL WHIF – L