# EXHIBIT 1
# TSA Limited <u>Vaughn</u> Index

# EPIC v. DHS, Civil Action 1:10-cv-1992
## US District Court, District of Columbia

## TSA Vaughn Index Limited to Challenged Withholdings

Description of responsive TSA records withheld in full or in part pursuant to FOIA Exemptions.

| | BATES NUMBER | EXEMPTION | PAGES WITHHELD | DESCRIPTION OF MATERIAL REDACTED |
|---|---|---|---|---|
| **EMAILS** | | | | |
| | 000026-000027 | **Exemption 5 Deliberative Process Privilege and Attorney Client Privilege** | 1 page withheld in part | Internal email, including draft language, from attorney in TSA Office of Chief Counsel to TSA official regarding suggested response letter to EPIC's petition to suspend use of AIT |
| | 000038 | **Exemption 5 Deliberative Process Privilege** | 1 page withheld in part | Excerpts of recommendations section of internal memorandum on AIT safety; withheld portion contains recommendation from internal memorandum regarding future efforts by TSA regarding development of AIT radiation safety standards |
| | 000052 | **Exemption 5 Deliberative Process Privilege** | 1 page withheld in part | Internal deliberations concerning TSA's response to congressional inquiry, including draft language for response |
| | 000069-000070 | **Exemption 5 Deliberative Process Privilege** | | Internal deliberations concerning cover memo for JHU/APL report on AIT safety, including draft language for memorandum |
| | 000107-000108 | **Exemption 6** | 2 pages withheld in part | Internal employee names, phone number |
| **REPORTS, AGREEMENTS, CORRESPONDENCE** | | | | |
| **Assessment of the** | 000092 | **Exemption 3** | 1 page withheld in part | Scatter phantom image generated by Rapiscan Secure |

| | | | |
|---|---|---|---|
| **Rapiscan Secure 10000 Body Scanner for Conformance with Radiological Safety Standards** | | (49 U.S.C. § 114(r); 49 C.F.R. § 1520.5(b)(9)(vi)) | 1000 |