# EXHIBIT 2
# TES Limited <u>Vaughn</u> Index

**EPIC v. DHS, Civil Action 1:10-cv-1992**
**US District Court, District of Columbia**

**TES Vaughn Index Limited to Challenged Withholdings**

**Records withheld in part**

| Bates numbers of TES record at issue | Pages with withholdings | Document/Email Title | Exemption applied | Explanation/Justification for Withholding |
|---|---|---|---|---|
| 80-82 | 3 | Email Subject: *OHA/TSA Getback.* | (b)(5) (Deliberative Process) | A portion of this e-mail is redacted pursuant to exemption (b)(5), the deliberative process privilege. The redacted portions of this e-mail chain reflect deliberations regarding the formulation of a response by DHS to inquiries by Congress, including a draft version of the response to one question. |
| 87-88 | 2 | FW: Short form of memo on rad safety | (b)(5) (Deliberative Process) | This record also contains information withheld pursuant to the deliberative process privilege. The withheld portions contain preliminary versions, edits, and revisions of excerpts of a memorandum to the Undersecretary of DHS on AIT radiation safety. |
| 113-115 | 3 | Email Subject: *FW: RE: X-ray backscatter scanners: Letter to John Holdren.* | (b)(5) (Deliberative Process) | A portion of this e-mail is redacted pursuant to exemption (b)(5), the deliberative process privilege. The redacted portion describes the contents of a draft letter responding to scientists' concerns about AIT and radiation safety. |
| 381-382, 384-386 | 5 | Email Subject: *Airport Body Scanners* | (b)(5) (Deliberative Process) | This record also contains portions withheld under exemption (b)(5), the deliberative process privilege. The withheld excerpts consist of draft language and deliberations concerning a DHS/TSA response to the concerns raised by American Airlines pilots. |
| 391-392 | 2 | Email Subject: *Letter from APA President regarding AIT* | (b)(5) (Deliberative Process) | This record also contains portions withheld under exemption (b)(5), the deliberative process privilege. The withheld excerpts consist of the author's reflections regarding concerns raised by the Allied Pilots Association. |
| 440-448 | 9 | Email Subject: *FW: AIT Info.* | (b)(5) (Deliberative Process) | A portion of this e-mail is redacted pursuant to exemption (b)(5), the deliberative process privilege. The redacted portions contain the authors' discussions and opinions regarding reactions to the government's response to the UCSF letter of concern, and future steps to take to address these reactions. |
| 535, 546 | 2 | Email Subject: *RE: OSTP Letter* | (b)(5) (Deliberative Process) | A portion of these records is redacted pursuant to exemption (b)(5), the deliberative process privilege. The redacted portions contain the author's discussions of future steps she intends to take regarding correspondence between Dr. Holdren and UCSF. |

| 943-944 | 2 | FW: Dangers of imaging | (b)(5) (Deliberative Process) | Portions of these records are being withheld in part pursuant to exemption (b)(5), the deliberative process privilege.  The withheld portions consist of opinions concerning a proposed response to a letter from scientists at UCSF concerning backscatter radiation safety. |
| --- | --- | --- | --- | --- |
| 951-958, 971-72, 980-82, 990-1023 | 47 | Email Subject: Various | (b)(5) (Deliberative Process) | Portions of these records are being withheld in part pursuant to exemption (b)(5), the deliberative process privilege.  The withheld portions consist of deliberations concerning a proposed response to a letter by Senators Collins, Coburn, and Burr concerning backscatter radiation safety. |

## Records withheld in full pursuant to Exemption (b)(5) (deliberative process privilege)

| 604-05 | 2 | Technology Description: Radiation Exposure of Body Scanners | (b)(5) | Early, internal draft versions of a fact sheet on radiation exposure and AIT. |
| --- | --- | --- | --- | --- |
| 606 | 1 | Comparison of X-Ray Technologies for Whole Body Imaging | (b)(5) | Internal working DHS document compiling estimates of radiation exposure from various types of AIT machines based on external, unverified data. |
| 608 | 1 | Email Subject: *Draft contents for rad safety white paper.* | (b)(5) (Deliberative Process) | This e-mail is being withheld in full pursuant to exemption (b)(5), the deliberative process privilege.  It contains comments and suggested revisions to a draft document on AIT radiation safety. |
| 609 | 1 | Email Subject: *Hello* | (b)(5) (Deliberative Process) | This e-mail is being withheld in full pursuant to exemption (b)(5), the deliberative process privilege.  It contains comments regarding an upcoming response by the DHS Undersecretary on radiation safety. |
| 611-19 | 9 | Email Subject: *TSA AIT SOP Safety Extract* | (b)(5) (Deliberative Process) | These records are being withheld in full pursuant to exemption (b)(5), the deliberative process privilege.  They consist of emails forwarding a draft section regarding employee safety from TSA's Advanced Imaging Technology Standard Operating Procedure (SOP), and the draft SOP sections themselves. |
| 620-629 | 10 | Email Subject: Misc. | (b)(5) | These records are being withheld in full pursuant to exemption (b)(5), the deliberative process privilege.  They contain comments on, edits to, and draft versions of a memorandum to the Deputy Secretary of DHS on AIT safety. |

| Pages | Count | Type | Exemption | Description |
|---|---|---|---|---|
| 631-635 | 5 | Email<br>Subject: *Cerra weighs in on skin dose.* | (b)(5) (Deliberative Process) | This record is being withheld in full pursuant to exemption (b)(5), the deliberative process privilege. It consists of comments and suggestions regarding the content of a proposed memorandum to the Deputy Secretary of DHS on AIT radiation safety. |
| 651-655 | 5 | Email<br>Subject: *Ver 4 lth comments attached* and attached draft memorandum | (b)(5) | These records are being withheld in full pursuant to exemption (b)(5), the deliberative process privilege. They consist of a draft version of a memorandum to the Deputy Secretary of DHS on AIT safety, with changes tracked, and an email forwarding the draft memorandum. |
| 665-680, 688-726 | 55 | Various | (b)(5) (Deliberative Process) | These records are being withheld in full pursuant to exemption (b)(5), the deliberative process privilege. They consist of draft versions of memorandum on AIT safety, emails containing comments on the drafts, and emails concerning releasing the memoranda and fact sheets on AIT safety to a wider audience. |
| 729-740 | 12 | Email<br>Subject: *Safety concerns related to AIT equipment.* | (b)(5) (Deliberative Process) | These records are being withheld in full pursuant to exemption (b)(5), the deliberative process privilege. They consist of discussions between agency personnel regarding how to respond to an inquiry from a foreign government concerning AIT radiation safety. |
| 741-742 | 2 | Email<br>Subject: *AIT Radiation measurement standards and approved locations.* | (b)(5) (Deliberative Process) | These records are being withheld in full pursuant to exemption (b)(5), the deliberative process privilege. They consist of comments concerning a draft version of memorandum on AIT safety. |
| 743-745, 750-752, 1057-1059 | 9 | Draft Standards and testing for radiation safety for Airport backscatter X-Ray systems. | (b)(5) | These records are being withheld in full pursuant to Exemption (b)(5). They are draft versions of a document on AIT radiation safety standards, with changes tracked. |
| 746-749 | 4 | Email<br>Subject: *Getbacks from S&T Explosives Briefing.* | (b)(5) (Deliberative Process) | These records are being withheld in full pursuant to exemption (b)(5), the deliberative process privilege. They consist of discussions regarding how to respond to an inquiry from a congressional committee concerning AIT radiation safety. |
| 753-84 | 32 | Various | (b)(5) (Deliberative Process) | These records are being withheld in full pursuant to exemption (b)(5), the deliberative process privilege. They consist of comments and deliberations concerning draft versions of a question-and-answer memorandum to the DHS Secretary concerning backscatter radiation safety, as well as draft versions of the memorandum. |

| Pages | Count | Type | Exemption | Description |
|---|---|---|---|---|
| 785-88, 792-838 | 51 | Various | (b)(5) (Deliberative Process) | These records are being withheld in full pursuant to exemption (b)(5), the deliberative process privilege. They consist of comments concerning a draft version of a fact sheet on AIT safety, as well as draft versions of the fact sheet. |
| 839-860, 866-89, 896-907, 911-942, 949-950 | 72 | Various | (b)(5) (Deliberative Process) | These records are being withheld in full pursuant to exemption (b)(5), the deliberative process privilege. They consist of comments and revisions concerning a proposed response to a letter from scientists at UCSF concerning backscatter radiation safety, as well as draft versions of the response letter. |
| 959-970, 973-979, 983-989, 1024-1048 | 51 | Email Subjects: Various | (b)(5) (Deliberative Process) | These records are being withheld in full pursuant to exemption (b)(5), the deliberative process privilege. They consist of comments, revisions, and internal memoranda making recommendations concerning a proposed response to a letter by Senators Collins, Coburn, and Burr concerning backscatter radiation safety, as well as draft versions of the response letters and accompanying white paper. |
| 1060-1100, 1108-1146, 1149-1186, 1205-1236 | 150 | Various | (b)(5) (Deliberative Process) | Withheld in full pursuant to exemption (b)(5), the deliberative process privilege. The records consist of deliberations concerning a draft NIST technical bulletin on AIT radiation safety, and draft versions of the NIST technical bulletin. |