# EXHIBIT 3
# TSL Limited Vaughn Index

**EPIC v. DHS, Civil Action 1:10-cv-1992**
**US District Court, District of Columbia**

**TSL Vaughn Index Limited to Challenged Withholdings**

| Bates numbers | Number of Pages with withholdings | Document(s)/Email title(s) | Exemption | Explanation/Justification for Withholding |
|---|---|---|---|---|
| TSL000836-837 | 2 | Re: AIT/AT Proximity Test - Preliminary Report | (b)(3) (SSI) (49 U.S.C. § 114(r) and 49 C.F.R. § 1520.5(b)(9)(v)) | Withheld excerpts describes particular phenomenon observed while performance-testing the Rapiscan Secure 1000, which could be used to identify a potential vulnerability of the system. |
| TSL000897-899 | 3 | Frank Cerra, Assessment of Radiation Safety and Compliance with ANSI N43.17-2002 AS&E Dual Smart Check Personnel Scanner | (b)(4) | This record is an evaluation of AS&E's Dual Smart Check by Frank Cerra, a NIST official. Although the evaluation was authored by Mr. Cerra, the information, assessments, and recommendations included in this evaluation are based on information obtained from AS&E, including (1) a third-party compliance report by F.X. Masse, a copy of which is located at TSL829-30, that was required to be submitted to the government as part of AS&E's Qualification Data Package ("QDP"), a set of information demonstrating compliance with certain requirements necessary for placement on a Qualified Product List ("QPL") of products eligible for consideration for TSA contracts, (2) radiation dosage maps submitted by AS&E in connection with its QDP (TSL1190-91), (3) designs and other information obtained from AS&E, and (4) a prior evaluation conducted by Mr. Cerra (TSL924-56) based on an earlier-model AS&E system obtained by the government for testing. |

| | | | | |
|---|---|---|---|---|
| | | | | The withheld portions include:<br>1) Descriptions of design features and scanning mechanisms used by AS&E Dual SmartCheck, including measurements and geometry of x-ray beam<br><br>2) Specific Radiation Dose Levels Emitted by AS&E Dual SmartCheck at various locations<br><br>3) Assessments of, and recommendations for improving, radiation safety of AS&E Dual SmartCheck<br><br>Release of this information is likely to cause AS&E substantial competitive harm because it could enable a competitor to infer non-public details about the design of AS&E's system, such as beam characteristics or filtration, which could in turn enable that competitor to reverse-engineer AS&E's product. Moreover, disclosure of product recommendations or solutions would cause AS&E substantial competitive harm because a competitor could utilize these same non-public recommendations to design or improve its system. Callerame Decl. ¶ 5(i-iv); Sotoudeh Decl. ¶¶ 54-68. |
| TSL000908-910 | 3 | FW: Memo on Response to Radiation Concerns | (b)(5) | Excerpts withheld are suggestions of points to be included in draft memorandum to Deputy Secretary of DHS on radiation safety. |
| TSL000926-927, 929-942, 944-48, 954-56 | 24 | Assessment of the AS&E Smart Check BodyScanner for Conformance with RadiologicalSafety Standards | (b)(4) | This information is located within an evaluation of AS&E's SmartCheck conducted by Frank Cerra of the National Institute of Standards and Technology (NIST). The evaluation was initially conducted in 2006 and then updated in 2008 with a revision to a single page. The |

| | | | | | testing and evaluations were performed on a SmartCheck machine that was obtained from AS&E. The withheld excerpts pertain to: TSL926: Specific radiation measurements emitted by AS&E SmartCheck at various locations and information that could be used to derive such measurements; description of SmartCheck beam mechanism and design<br>TSL933: Description of radiation exposures in certain specific locations of scan field of AS&E SmartCheck<br>TSL934: Descriptions of two scanning features used in AS&E SmartCheck, and graph of maximum relative radiation exposure as function of height<br>TSL936: Measurement of radiation emitted by AS&E SmartCheck<br>TSL937: Excerpts describing shape and features of x-ray mechanism; graph of radiation exposure as function of distance; measurements of relative slope of curve in graph and focus-to-skin distance<br>TSL940: Measurement of radiation emitted by AS&E SmartCheck<br>TSL941: Measurements of radiation emitted by AS&E SmartCheck; graph and measurements of minimum inspection zone for AS&E SmartCheck<br>TSL942: Measurements of radiation emitted by AS&E SmartCheck; measurements of distance used for various radiation measurements; graph of area that should be free of full-time employee stations based on radiation levels<br>TSL944, 945: Tables showing measurements of radiation leakage and scatter radiation emitted by AS&E SmartCheck at various locations<br>TSL946: Measurement of scatter exposure emitted by AS&E SmartCheck |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | TSL947: Discussion of measurements of leakage radiation emitted by AS&E SmartCheck, referencing information in SmartCheck Operator's Manual obtained from AS&E<br><br>TSL954-56: Graphs and charts showing measured radiation emissions from AS&E SmartCheck at various locations<br><br>This information is not of the type AS&E would normally release to the public. Moreover, release of this information is likely to cause AS&E substantial competitive harm because it could enable a competitor to infer non-public details about the design of AS&E's system, such as beam characteristics or filtration, which could in turn enable that competitor to reverse-engineer AS&E's product. Moreover, disclosure of any product recommendations or solutions would cause AS&E substantial competitive harm because a competitor could utilize these same non-public recommendations to design or improve its system. Callerame Decl. ¶ 5(i-iv); Sotoudeh Decl. ¶¶ 54-68. |
| TSL1190-91 | 2 | Dosage map showing radiation dosage from AS&E SmartCheck (attachment to report released at TSL000897-899) | | (b)(4) | This record is a dosage map that was submitted by AS&E in connection with the evaluation of AS&E's Dual Smart Check by Frank Cerra at TSL897-99.<br><br>The withheld portions include:<br><br>1) Text indicating location where radiation dosage was measured, including measurements of distance from scanner<br><br>2) Graphs showing map of radiation dosage emitted by AS&E Dual Smart Check at various locations<br><br>Release of this information is likely to cause AS&E substantial competitive harm because it could enable a competitor to |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | infer non-public details about the design of AS&E's system, such as beam characteristics or filtration, which could in turn enable that competitor to reverse-engineer AS&E's product. Callerame Decl. ¶ 5(iii); Sotoudeh Decl. ¶¶ 59-63. |
| TSL1192-93 | 2 | Email: FW: SmartCheck HT | | (b)(4) | This record is an email submitted by AS&E to a TSL official to demonstrate its system's compliance with radiation safety standards. The information in this email was submitted by AS&E to the TSL official in an email to support TSL's evaluation of the SmartCheck system's compliance with radiation safety standards; AS&E was required to comply with such standards in order to be placed on a qualified products list ("QPL"). The withheld portions include: 1) Descriptions of specific component parts and design features of AS&E Dual SmartCheck 2) Specific Radiation Dose Levels Emitted by AS&E Dual SmartCheck This information is not of the type AS&E would release to the public. Moreover, release of this information is likely to cause AS&E substantial competitive harm because it could enable a competitor to infer non-public details about the design of AS&E's system, such as beam characteristics or filtration, which could in turn enable that competitor to reverse-engineer AS&E's product. Callerame Decl. ¶ 5(i,iii); Sotoudeh Decl. ¶¶ 54-63. |

**Documents withheld in full**

| | | | | |
|---|---|---|---|---|
| Withheld-in-full B | 4 | Two drafts of DHS fact sheet on AIT Health and Safety | (b)(5) (Deliberative Process) | These documents are working drafts of DHS "fact sheet" on health and safety issues related to AIT. |
| Withheld-in-full H | 2 | Email exchange regarding types of dosimeters to be used for measuring radiation. | (b)(5) (Deliberative Process) | Withheld in full pursuant to Exemption (b)(5). This email exchange contains an informal question-and-answer discussion between two government employees regarding types of dosimeters (personal radiation monitors) that could be appropriate for measuring radiation from AIT devices. |
| Withheld-in-full I | 3 | Draft: Standards and Testing for Radiation Safety for Airport Backscatter X-Ray Systems | (b)(5) (Deliberative Process) | Withheld in full pursuant to Exemption (b)(5). This is a marked-up draft of a document called "Standards and Testing for Radiation Safety for Airport Backscatter X-Ray Systems." |
| Withheld-in-full J | 1 | Draft: Summary of Advanced Imaging Technology (AIT) Radiation Safety: Standards and Ensuring Compliance, April 22, 2010 | (b)(5) (Deliberative Process) | Withheld in full pursuant to Exemption (b)(5). This document is an early draft of policy document concerning AIT radiation safety. |
| Withheld-in-full L | 6 | December 23, 2010 Preliminary FDA Progress Report per the FDA-TSA Agreement: Testing of Medical Devices in and Around the L3 ProVision Advanced Imaging Technology System | (b)(5) (Deliberative Process) | Withheld in full. This document is a preliminary progress report, resulting from an interagency agreement between DHS and FDA, by the FDA concerning the testing of the effects of the L3 Provision on personal medical devices. The report in its entirety is a preliminary document not intended for dissemination outside the federal government, as it reflects an interim report prior to the completion of testing of the effects of the L3 Provision on medical devices. |