UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, ) ) Defendant. ) ) | Civil No. 10-1992 (RCL) |

**ORDER**

Upon consideration of the cross-motions for summary judgment, ECF Nos. 9 & 11, for the reasons given in the memorandum opinion issued this date, the Court will GRANT both motions for summary judgment in part and DENY them in part. DHS is entitled to summary judgment as to all of its withholdings pursuant to exemptions 3, 5, and 6, and all withholdings pursuant to Exemption 4 except for two reports based on the government's own testing, which it must disclose, except insofar as it was also properly withheld pursuant to another exemption, or already disclosed by the agency. Accordingly it is hereby

**ORDERED** that DHS produce the information withheld pursuant to exemption 4 from the 2006 and 2008 Reports, described in the memorandum opinion, except insofar as that information was properly withheld pursuant to another FOIA exemption; and it is further

**ORDERED** that pursuant to LCvR 54.2, the parties are ordered to "confer and to attempt to reach agreement on fee issues," and a status conference shall be set for 30 days from the date of this Order at which the Court will (1) determine whether settlement of any and or all aspects

of the fee matter has been reached, (2) enter judgment for any fee on which agreement has been reached, (3) make the determination [regarding pending appeals] required by paragraph (b) of . . . [LCvR 54.2], and (4) set an appropriate schedule for completion of the fee litigation.  *See* LCvR 54.2.

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on March 7, 2013.