**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
ELECTRONIC PRIVACY INFORMATION CENTER, )
                                                    )
            Plaintiff,                              )
                                                    )
      v.                                            )  Case No. 10-1992 (RCL)
                                                    )
TRANSPORTATION SECURITY                             )
ADMINISTRATION,                                     )
                                                    )
            Defendant.                              )
_____)

### DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY

Defendant seeks leave to file a brief sur-reply to respond to EPIC's troubling admission—made for the first time in EPIC's reply brief—that it has intentionally engaged in double billing for the same time and conduct in two cases, and its new argument that such conduct is permissible in the context of a request for statutory attorneys' fees from the government rather than from a private client.   Defendant's proposed sur-reply, attached as Exhibit A, would respond only to this new revelation of EPIC's misconduct.

Defendant previously identified, in its opposition to EPIC's motion for fees and costs, potential double-billing in EPIC's fee records, and noted that an intentional attempt to double-bill the taxpayers would be sufficient grounds to deny the fee petition in its entirety.  See Def.'s Opp. at 24-27.  However, Defendant was reluctant to assume that members of the bar would intentionally engage in this type of conduct absent clear evidence.  See id.  EPIC, however, admitted in its reply brief that its attempt to double bill was intentional.  See Pl.'s Reply at 18 ("Because both matters were discussed in these meetings and communications, EPIC billed both

1

cases for the time spent in these conferences, hearings, and communications.").  Moreover, EPIC has made several new arguments in its reply that seek to defend the practice by arguing that it is permissible given that EPIC has not sought to "double-bill" a private client, but instead is seeking statutory fees under FOIA from the United States.  See id.  Defendant seeks leave to file the attached 4-page surreply to respond to EPIC's startling new admission and arguments, and to argue that this conduct warrants denial of EPIC's fee petition in its entirety.

Leave of Court may be granted to file a surreply "to address new matters raised in a reply, to which a party would otherwise be unable to respond."  U.S. ex rel. Pogue v. Diabetes Treatment Centers of America, Inc., 238 F.Supp.2d 270, 276 (D.D.C. 2002) (Lamberth, J.); see also Lewis v. Rumsfeld, 154 F.Supp.2d 56, 61 (D.D.C.2001) ("The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply.").  "A surreply is most appropriate where the new matter introduced is factual."  Id. (citing Alexander v. FBI, 186 F.R.D. 71, 74 (D.D.C.1998) (Lamberth, J.).  Although, as noted above, Defendant previously noted that EPIC's billing records raised inferences of double-billing, EPIC reply introduces new facts confirming that the double-billing occurred, and advances new arguments to excuse its behavior.  Defendant respectfully requests leave to file the attached 4-page surreply to respond to these novel facts and arguments.

Pursuant to Local Civil Rule 7(m), counsel for Defendant conferred with counsel for Plaintiff, who indicated that Plaintiff would not consent to the motion.

Date: May 30, 2013                          Respectfully submitted,

                                            STUART F. DELERY
                                            Acting Assistant Attorney General

                                            RONALD S. MACHEN JR.
                                            United States Attorney for
                                            the District of Columbia

                                            ELIZABETH J. SHAPIRO
                                            Deputy Branch Director

                                            */s/ Joseph Mead*                         _
                                            JOSEPH MEAD
                                            JESSE GRAUMAN
                                            Trial Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue, N.W.
                                            Washington, D.C. 20530
                                            Telephone: (202) 305-8546
                                            Fax: (202) 305-8517
                                            Email: joseph.w.mead@usdoj.gov

                                            Attorneys for Defendant