# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 13-5372**            **September Term, 2013**

1:10-cv-01992-RCL

Filed On: January 21, 2014 [1475935]

Electronic Privacy Information Center,

    Appellee

v.

United States Department of Homeland Security,

    Appellant

### ORDER

Upon consideration of the joint motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

              BY:   /s/
                     Mark A. Butler
                     Deputy Clerk

                      A true copy
              United States Court of Appeals
            for the District of Columbia Circuit
            By_____ Deputy Clerk